# In the United States Court of Federal Claims

**Nos. 99-4451L, c/w 99-4453L, 99-4454L, 99-4455L, 99-4456L, 99-4457L, 99-4458L, 99-4459L, 99-44510L, 99-44511L, 99-44512L, 00-365L, 00-379L, 00-380L, 00-381L, 00-382L, 00-383L, 00-384L, 00-385L, 00-386L, 00-387L, 00-388L, 00-389L, 00-390L, 00-391L, 00-392L, 00-393L, 00-394L, 00-395L, 00-396L, 00-398L, 00-399L, 00-400L, 00-401L, 04-277L, 05-1353L, 05-1381L, 06-72L**

**JOHN H. BANKS, ET AL.,**
**Plaintiffs,**

**99-4451 L**

**JUDGMENT**

**v.**

**THE UNITED STATES,**
**Defendant.**

---

**STONE, ERROL L. AND SUSAN H., AS TRUSTEES OF THE SUSAN H. STONE TRUST,**
**Plaintiffs,**

**04-277 L**

**v.**

**THE UNITED STATES,**
**Defendant.**

---

**EUGENE J. FRETT, INDIVIDUALLY AND AS TRUSTEE OF THE VICTOR J. HORVATH AND FRANCES B. HORVATH TRUST,**
**Plaintiff,**

**05-1353 L**

**v.**

**THE UNITED STATES,**
**Defendant.**

Pursuant to the court's Order, filed June 13, 2007, stating that there is no just reason for

delay, as provided in Rule 54(b),

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that judgment is in favor of defendant in Case No. 04-277 L filed by the Stone plaintiffs.

Brian Bishop
Clerk of Court

**June 13, 2007** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.